**Entered on Docket
December 15, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

Kristin A. Schuler-Hintz, Esq. SBN 7171
Seth J. Adams, Esq. SBN 11034
Christopher K. Lezak, Esq., SBN 11185
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV  89101
Phone (702) 685-0329 ext 3748
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

E-filed: December 11, 2009

Attorney for Secured Creditor, Wilshire Credit Corporation as servicer for U.S. Bank National Association as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2006-AB3, its assignees and/or successors and the servicing agent WILSHIRE CREDIT CORPORATION

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No. 08-23811-BAM |
| | ) |
| Garry Lee Smith, | ) Chapter  13 |
| Belinda D. Smith, | ) |
| | ) **ORDER TERMINATING AUTOMATIC** |
| Debtors | ) **STAY** |
| | ) |
| | ) DATE:    06/15/09 |
| | ) TIME:     1:30 pm |
| | ) |

    Secured Creditor, Wilshire Credit Corporation as servicer for U.S. Bank National Association as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2006-AB3, its assignees and/or successors ("Movant"),

1  and Debtor(s), Garry Lee Smith, and Belinda D. Smith, represented through counsel Laura L.
2  Fritz, Esq. before this Court on the date, time and place set forth above, before the Honorable
3  Bruce A. Markell, Judge presiding and stipulated to the Adequate Protection Order entered with
4  the Court on 11/16/2009. The Debtors subsequently defaulted under the terms of the Adequate
5  Protection Order.

6  Upon reading the papers and pleadings on file herein and based on the evidence
7  presented, the Court rules as follows:

8  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay
9  provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of
10  Movant in the real property commonly known as 421 Bolsa Drive, Las Vegas, NV 89110.

11  IT IS SO ORDERED.

13  Submitted by:

14  /s/ Seth J. Adams, Esq.
15  Seth J. Adams, Esq.
   811 South Sixth Street
   Las Vegas, NV 89101
16  Phone (702) 685-0329

17  Approved/Disapproved

19  _____
   Laura L. Fritz, Esq.
20  625 S. 6th Street
   Las Vegas, NV 89101
21  702-383-5155
22  Approved/Disapproved

23  _____
24  Kathleen A. Leavitt
   201 Las Vegas Blvd., So. #200,
25  Las Vegas, NV, 89101
   (702) 853-0700

<u>9021 CERTIFICATION</u>

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing: Laura L. Fritz

    Unrepresented parties appearing: None

    Trustee: Kathleen A. Leavitt

<u>/s/ Seth J. Adams, Esq.</u>
Seth J. Adams, Esq., SBN 11034

### #